Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., and AMAZON FULFILLMENT SERVICES, INC., Delaware corporations,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CP TRANSPORT, INC., a Florida corporation,<br><br>               Defendant and<br>               Third Party Plaintiff,<br><br>     v.<br><br>COYOTE LOGISITICS, LLC, a Delaware limited liability company,<br><br>                    Third Party Defendant. | **No. C11-1015 RSL**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND EXTEND EXISTING PRETRIAL DEADLINES** |

This matter came on before the undersigned Court on a Joint Motion to Continue Trial Date and to Extend Existing Pretrial Deadlines. The Plaintiffs were represented by Christopher W. Nicoll. Defendant Coyote Logistics, LLC was represented by Bruce E. Mitchell and John R. Ruhl. The Court has considered the Joint Motion, and finding good cause to grant it, and otherwise being fully advised, the Court hereby:

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND DEADLINES- 1

No. C11-1015-RSL

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

GRANTS the Joint Motion to Continue the Trial Date and Extend Existing Pretrial Deadlines; and the Court further

ORDERS that the trial date in this case shall be continued to Monday, June 3, 2013; and the Court further

ORDERS that the Clerk shall issue an amended Minute Order setting the trial date and related deadlines as indicated on Exhibit 1 to this Order.

Dated this 13th day of August, 2012.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK, JUDGE

Presented by:

| NICOLL BLACK & FEIG PLLC | THE MITCHELL LAW FIRM |
|---|---|
| By  _/s/ Christopher W. Nicoll_<br>Christopher W. Nicoll, WSBA No. 20771<br>Attorneys for Plaintiffs Amazon.Com, Inc., and Amazon Fulfillment Services, Inc. | By  _/s/ Bruce E. Mitchell (by email authority)_<br>*Pro Hac Vice*; Georgia Bar No. 512350<br>Attorneys for Defendant and Third-Party Defendant Coyote Logistics, LLC |

RYAN SWANSON & CLEVELAND, PLLC

By  _/s/ John R. Ruhl (by email authority)_
John R. Ruhl, WSBA No. 8558
Attorneys for Defendant and Third-Party Defendant Coyote Logistics, LLC

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND DEADLINES- 2

No. C11-1015-RSL

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# EXHIBIT 1

| Events | Current Dates | Proposed Dates |
|---|---|---|
| **TRIAL DATE** | **Monday, February 04, 2013** | **Monday, June 03, 2013** |
| Deadline for amending pleadings | Wednesday, August 08, 2012 | Wednesday, December 05, 2012 |
| Reports from expert witnesses under FRCP 26(a)(2) | Wednesday, August 08, 2012 | Wednesday, December 05, 2012 |
| Discovery completed by | Sunday, October 07, 2012 | Sunday, February 03, 2013 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (Local CR 7(d)(3) | Tuesday, November 06, 2012 | Tuesday, March 05, 2013 |
| Mediation (Local CR 39.1(c)(3) | Saturday, January 05, 2013 | Saturday, May 04, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter | Monday, January 07, 2013 | Monday, May 06, 2013 |
| Agreed pretrial order due | Wednesday, January 23, 2013 | Wednesday, May 22, 2013 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | Wednesday, January 30, 2013 | Wednesday, May 29, 2013 |
| Trial Date | Monday, February 04, 2013 | Monday, June 03, 2013 |

1008.0027/63627

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND DEADLINES- 3

No. C11-1015-RSL

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515