UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | |
| Plaintiffs, | Case No. C11-1015RSL |
| v. | **AMENDED ORDER SETTING TRIAL DATE & RELATED DATES** |
| CP TRANSPORT, INC., | |
| Defendant. | |
| v. | |
| COYOTE LOGISTICS, LLC., | |
| Third-Party Defendant. | |

| | |
|---|---|
| **TRIAL DATE** | **September 9, 2013** |
| Deadline for amending pleadings | March 13, 2013 |
| Reports from expert witnesses under FRCP 26(a)(2) due | March 13, 2013 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | May 12, 2013 |
| Settlement conference held no later than | May 26, 2013 |

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 1

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | June 11, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter | August 12, 2013 |
| Agreed pretrial order due | August 28, 2013 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 4, 2013 |
| Length of Trial: 5 days | Jury |

These dates are set by the Court. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  *Pro se* litigants may file either electronically or in paper form.  The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Pursuant to Local Civil Rule 10(e)(8), when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 a.m. the morning after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

– Alteration to Section III, Paragraph M of the Electronic Filing Procedures - unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to Local Civil Rule 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.).  All exhibits must be marked to designate testimony or evidence referred to in the parties' filings.  Filings that do not comply with Local Civil Rule 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Pursuant to this order, any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than the second Friday thereafter.  Any response is due on or before the Wednesday before the noting date.  Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

* Financial Accounting Information - redact to the last four digits

* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2.

COOPERATION

As required by Local Civil Rule 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by Local Civil Rule 16.1, except as ordered below.

TRIAL EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the Local Civil Rule 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to Local Civil Rule 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 18th day of January, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge